MARTHA J. BRINE *vs.* RICHARD B. BRINE. April 2, 1975. This is an appeal from a decree modifying an earlier decree for support entered upon a libel for divorce. In the posture in which this case comes to us, with no transcript of the evidence, no report of material facts and no voluntary report by the probate judge, no error appears where "all that is open is whether the decree could have been entered on the pleadings." *Bannish* v. *Bannish,* 357 Mass. 279, 281 (1970). *Frilich* v. *Altstein, ante,* 720 (1975).

*Decree affirmed.*

The case was submitted on briefs.
*Richard B. Brine,* pro se.
*Mark J. Gladstone* for the libellant.